IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION
C/A No.: 8:25-cv-13692-TMC

| | |
|---|---|
| John Robert Coker and Noah Ireland, Plaintiffs, v. McCormick County, McCormick County Sheriff Chad Cox, in his individual and official capacity, Defendants. | **CONSENT MOTION TO AMEND SCHEDULING ORDER** |

Defendants, by and through their undersigned counsel, with the consent of Plaintiffs' counsel, hereby move to amend the Scheduling Order (NEF 11) to extend the Court's previously ordered deadlines. Discovery in this case remains ongoing and the parties have been working diligently to move forward with discovery. Completion of written discovery has been delayed by the need to resolve Plaintiffs' motions for conditional class certification to determine the identity of the Opt-In Plaintiffs, and also by Defendants' efforts to retrieve relevant documents, particularly potentially relevant emails from McCormick County's servers, which are maintained by a third-party vendor. The parties are now completing written discovery and moving forward with scheduling of depositions, and request that remaining deadlines be extended by ninety (90) days, as set forth in the mutually agreed-upon Proposed Amended Scheduling Order submitted herewith. This is the first Amended Scheduling Order requested by the parties in this case.

In addition, undersigned counsel respectfully asserts that neither the Plaintiff nor the Defendants will be prejudiced by such an amendment, that such additional time is not being

requested for the purposes of delay, that such additional time will help prevent undue hardship to the parties and facilitate the parties' mutual interests in the litigation, and that justice requires that the amendment be granted. Furthermore, the parties assert that such additional time will help conserve judicial resources and the parties have expressed a mutual interest in discussing settlement opportunities after such additional time is granted and further discovery is completed. Consequently, the parties have a genuine and good-faith basis in seeking this additional time and respectfully request that the Court grant the extension accordingly.

The deadlines in the current Scheduling Order are as follows:

Motions to Amend Pleadings: **May 5, 2026**

Plaintiffs' Expert IDs: **June 4, 2026**

Defendants' Expert IDs: **July 6, 2026**

Records Custodian: **July 6, 2026**

Discovery: **August 5, 2026**

Dispositive Motions: **August 19, 2026**

Mediation: **August 12, 2026 (ECF 12)**

Case eligible for trial: **October 19, 2026**

The deadlines in the proposed First Amended Scheduling Order are as follows:

Motions to Amend Pleadings: **May 5, 2026 (no change)**

Plaintiffs' Expert IDs: **August 3, 2026**

Defendants' Expert IDs: **October 5, 2026**

Records Custodian: **October 5, 2026**

Discovery: **November 3, 2026**

Dispositive Motions: **November 18, 2026**

Mediation: **November 10, 2026**

Case eligible for trial: **January 18, 2027**

This motion is based upon the pleadings, amended pleadings, and accompanying motions filed in this case, rules of Court, and such other matters as may be properly presented to the Court.

Dated this the 21st day of July, 2026.

**WE CONSENT:**

**RICHARDSON PLOWDEN & ROBINSON, P.A.**

/s/C. Cliff Rollins,
C. Cliff Rollins, #9169
Post Office Drawer 7788
Columbia, South Carolina 29202
T: (803) 771-4400
F: (803) 779-0016
E-mail: crollins@richardsonplowden.com

**COUNSEL FOR DEFENDANTS**

**MULLANEY LAW**

s/Marybeth Mullaney
Marybeth Mullaney, #111685
4900 O'Hear Avenue, Suites 100 & 200
North Charleston, SC 29405
T: 843-588-5587

**COUNSEL FOR PLAINTIFFS**